167 A.3d 649

IN THE MATTER OF THE CIVIL COMMITMENT
OF J.D. SVP–668–13. (J.D.–PETITIONER)

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002495–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 649

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MAURICE R. SANDERS, DEFENDANT–
PETITIONER.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004952–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.